### IN

# THE SUPREME COURT OF JUDICATURE

### OF THE

# STATE OF NEW-YORK,

IN OCTOBER TERM, 1816, IN THE FORTY-FIRST YEAR OF OUR INDEPENDENCE.

———

## MARSHALL *against* MOTT.

*GARR*, for the plaintiff, moved for a commission to take the examination of witnesses abroad, in this cause. He offered to read an affidavit for this purpose, taken before the chief judge of the court of sessions for *Suffolk* county, in the state of *Massachusetts*.

*Weyman*, contra, objected, that the affidavit not being before a proper officer, could not be read in this court.

*Per Curiam.* Where the party resides out of the state, we have been liberal in allowing affidavits taken abroad to be read in all collateral matters arising in the progress of a cause. Affidavits taken before the mayor of *Philadelphia*, before *American* consuls, and other public agents in foreign countries, have been often read in this court, in support of similar applications.

Motion granted.

In collateral matters arising in the progress of a suit, as on a motion for a commission to examine witnesses abroad, affidavits taken before magistrates or public officers, out of the state, may be read.